IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 3:13cr38 DCB-LRA

MICHAEL JAMES BARNES

### FINAL ORDER OF FORFEITURE

Before this Court is the United States of America's Motion for a Final Order of Forfeiture [Ct. Doc. No. 26]. Having reviewed the Government's motion, this Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on July 10, 2013, this Court entered an Agreed Preliminary Order of Forfeiture, ordering the defendant, **MICHAEL JAMES BARNES**, to forfeit **One (1) Armi Galesi, model 504, .25 caliber pistol, serial number 318880 and any ammunition** ("the Subject Property").

WHEREAS, the United States of America caused to be published via the internet at www.forfeiture.gov notice of this forfeiture and of the intent of the United States of America to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no other potential claimants are known; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1);

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the **One (1) Armi Galesi, model 504, .25 caliber pistol, serial number 318880 and 7 rounds of assorted .25 caliber ammunition** is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d)(1).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this 4th day of March   , 2015.

s/David Bramlette
HONORABLE DAVID BRAMLETTE III
SERIOR UNITED STATES DISTRICT JUDGE