IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS. CRIMINAL NO. 3:13-cr-38(DCB)(LRA)

MICHAEL JAMES BARNES DEFENDANT

ORDER

This cause is before the Court on the defendant Michael James Barnes' letter motion for copies **(docket entry 28)** on grounds that he is indigent. Title 28 U.S.C. § 2250 requires the Clerk of Court to provide indigent petitioners free "certified copies of such documents or parts of the record on file in his office as may be required by order of the judge before whom the application [for habeas relief] is pending." A petitioner is not entitled to free copies of documents or parts of the record unless he has an application for habeas relief pending in the district court. 28 U.S.C. § 2250. Because Barnes has no habeas corpus petition pending before this Court, his request is foreclosed by § 2250 and shall be denied. Accordingly,

IT IS HEREBY ORDERED that the defendant Michael James Barnes' letter motion for copies **(docket entry 28)** is DENIED.

SO ORDERED, this the 9th day of June, 2015.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE