```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA

VS.                              CRIMINAL NO. 3:13-cr-38(DCB)(LRA)
                                 CIVIL ACTION NO. 3:15-cv-682(DCB)

MICHAEL JAMES BARNES                                      DEFENDANT

<u>ORDER</u>

This cause is before the Court on the defendant Michael James Barnes' Motion to Proceed IFP **(docket entry 31)** and Motion for Appointment of Counsel **(docket entry 32)**. Having carefully considered the motions and the applicable law, and being fully advised in the premises, the Court finds that the defendant is eligible to proceed IFP, and the Court appoints Michael L. Scott of the Public Defender's Office for the limited purpose of determining eligibility under <u>Johnson v. United States</u>, 135 S.Ct. 2551 (2015), and representation if necessary.

Accordingly,

IT IS HEREBY ORDERED that the defendant's motions to proceed IFP **(docket entry 31)** and for appointment of counsel **(docket entry 32)** are GRANTED.

SO ORDERED, this the 27th day of May, 2016.

                                   <u>/s/ David Bramlette      </u>
                                   UNITED STATES DISTRICT JUDGE