IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL JAMES BARNES                                        PETITIONER

VS.                                    CRIMINAL NO. 3:13-cr-38(DCB)
                                          CIVIL NO. 3:15-cv-682(DCB)

UNITED STATES OF AMERICA                                    RESPONDENT

ORDER

This cause is before the Court on defendant/petitioner Michael
James Barnes's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside,
or Correct Sentence by a Person in Federal Custody (docket entry 30
in cause no. 3:13-cr-38).  Having conducted the preliminary review
required by Rule 4 of the Rules Governing Section 2255 Proceedings
for the United States Courts, the Court finds that the Government
should be required to "file an answer, motion or other response" as
required by Rule 4.  Accordingly,

IT IS HEREBY ORDERED that the United States Attorney for the
Southern District of Mississippi shall, on or before March 13th,
2017, respond to the defendant/petitioner's Motion Under 28 U.S.C.
§ 2255 to Vacate, Set Aside, or Correct Sentence by a Person in
Federal Custody.

SO ORDERED, this the 9th day of February, 2017.


                                       /s/ David Bramlette
                                       UNITED STATES DISTRICT JUDGE