IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 3:13-CR-38-DCB-LRA

MICHAEL JAMES BARNES

## ORDER

THIS CAUSE is before the Court on the motion of the United States requesting permission to file under seal a bates-numbered document identified as Exhibit B to the Response of the United States in opposition to the Defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). Considering the reasons set forth in the Motion, the Court finds that the Motion is well taken and is hereby Granted.

SO ORDERED, this 19th day of August, 2020.

s/David Bramlette
UNITED STATES DISTRICT JUDGE